# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>  Plaintiff, )<br>)<br>v. )<br>)<br>Garrett Patrick Ziegler (1), )<br>  Defendant. )<br>) | **COURT MINUTES – CRIMINAL (via video conference)**<br>BEFORE: Becky R. Thorson<br>U.S. Magistrate Judge<br><br>Case No:        20-mj-343 BRT<br>Date:           June 4, 2020<br>Court Reporter: Lynne Krenz<br>Courtroom:      Video Conference<br>Time Commenced: 3:52 p.m.<br>Time Concluded: 5:22 p.m.<br>Time in Court:  1 hour, 30 minutes |

X **PRELIMINARY/DETENTION HRG**
  Time in Court Prelim/Det: 45 minutes/ 45 minutes

APPEARANCES:

  Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
  Defendant: Ryan Garry,
         X CJA

On    X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Defendant consents to this detention/preliminary hearing via video conference.

Sara Thomas testified.

Government exhibits 1-11 received.


                                                     s/Sarah Erickson
                                              Signature of Courtroom Deputy