UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-mj-343(1) (BRT)

UNITED STATES OF AMERICA,

   Plaintiff,

v.

GARRETT PATRICK ZIEGLER (1),

   Defendant.

**ORDER GRANTING SECOND JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME**

This matter came before the Court on the parties' second joint motion for a continuance and exclusion of time under the Speedy Trial Act. (*See* Doc. No. 22.) The second joint motion states that "Mr. Ziegler has discussed this matter with his undersigned counsel and voluntarily makes this request, with full knowledge of his rights under the Speedy Trial Act." (*Id.*) Having reviewed the motion, and the files and records herein, and finding that good cause has been shown, **IT IS HEREBY ORDERED** that the second joint motion (Doc. No. 22) is **GRANTED** as follows:

1.    Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that good cause has been shown to grant such a continuance and that such a continuance best serves the ends of justice. The Court specifically finds that the parties are justified in needing an additional 28 days to make adequate factual inquiry into the discovery in this matter and discuss a potential resolution of Mr. Ziegler's case. The Court further finds that the ends of justice outweigh the interests of the public and Mr. Ziegler in a speedy trial. Accordingly, the period of time from **July 30, 2020**, the current date

2

by which an indictment or information need to be filed, through **August 27, 2020**, the new date by which an indictment or information must be filed, shall be excluded from the Speedy Trial Act computations in this case.

Dated: July 21, 2020

                                          *s/ Becky R. Thorson*
                                          BECKY R. THORSON
                                          United States Magistrate Judge